UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.06-22069-CIV-COOKE/BROWN

JEAN ALCIDE,

    *Plaintiff,*

v.

CLEAR JANITORIAL SERVICE, INC.
and ROSA JAQUEZ,

    *Defendants.*
_____/

## ORDER ENTERING DEFAULT AGAINST
## DEFENDANTS CLEAR JANITORIAL SERVICE, INC. AND ROSA JAQUEZ

**THIS CAUSE** is before the court upon an independent review of the record.  On June 19, 2007, this Court issued an Order Granting Defense Counsel's Motion to Withdraw.  See DE 28. In that Order, the Court instructed Defendant Clear Janitorial Service, Inc. that it must retain counsel within thirty days of the date of the Order.  Id.  See Palazzo v. Gulf Oil Corp., 764 F.2d 1381 (11th Cir. 1985) (holding that a corporate entity must be represented by licensed counsel). Additionally, the Order directed Defendant Rosa Jaquez to advise the Court, within thirty days of the date of the Order, as to whether she intended to proceed in this action on a pro se basis. However, as of August 2, 2007, Defendant Clear Janitorial Service, Inc. had yet to retain counsel and Defendant Rosa Jaquez had yet to inform the Court as to whether she intended to proceed in this action on a pro se basis.  As a result, on August 2, 2007, the Court issued an Order to Show Cause, directing the Defendants to show cause, by August 13, 2007, why the Court should not impose sanctions for their failure to comply with the June 19, 2007 Order. The August 2, 2007 Order to Show Cause also forewarned the Defendants that their failure to comply would result in

the immediate imposition of sanctions including the entry of default against both Defendants. Nevertheless, as of the date of this Order, the Defendants have yet to comply with this Court's June 19, 2007 and August 2, 2007 Orders. Accordingly, it is hereby

**ORDERED and ADJUDGED** as follows:

1. Default is hereby entered against Defendants Clear Janitorial Service, Inc. and Rosa Jaquez for their failure to comply with this Court's June 19, 2007 and August 2, 2007 Orders.

2. On or before **September 20, 2007** Plaintiff shall file all documentation necessary to support his claim for damages against the Defendants in this action.

3. In the interim, the Clerk is directed to **CLOSE** this case for administrative purposes only.

**DONE and ORDERED** in Chambers at Miami, Florida, this 22nd day of August, 2007.

_Marcia G. Cooke_
MARCIA G. COOKE
United States District Judge

*Copies furnished to:*

*All Counsel of Record*

*Rosa Jaquez*

*Clear Janitorial Service, Inc.*